H. & O. WILSON, Appellants, *v.* NORTH MISSOURI RAILROAD COMPANY, Respondent.

1. *Practice, civil—Bill of exceptions—No point of law saved, finding will not be disturbed.*— A bill of exceptions showed that plaintiff excepted to the finding and judgment; but no instructions were asked or given. *Held,* that no point of law being saved, this court will not review or disturb the finding of facts.

*Appeal from St. Louis Circuit Court.*

*T. Espy,* for appellants.

*Moss & Sherzer,* for respondent.

WAGNER, Judge, delivered the opinion of the court.

Plaintiff sued the defendant on account. At the trial in the court below, the cause was submitted to the court without a jury. Each party offered a single instruction, both of which were refused. The court then found and rendered judgment for the defendant. The bill of exceptions states, " to which finding and judgment of the court plaintiffs then and there excepted; no instructions asked or given by either party." As there is no point of law saved by the record, this court will not undertake to review or disturb the finding of facts.

Judgment affirmed. The other judges concur.